William CHAPPELL, Plaintiff-Appellant,

v.

Dr. William REESE, Northern Neck Regional Jail's in-house physician, sued individually in his official capacity; Keith Johnson, Mental Health Counselor at NNRJ, sued individually in his official capacity; Carolyn Neale, RN was the Head Nurse/Nursing Supervisor at NNRJ, sued individually in her official capacity; Jane Doe, Daytime shift nurse at NNRJ, sued individually in her official capacity, Defendants-Appellees,

and

**Northern Neck Regional Jail, Defendant.**

**No. 16-7611**

United States Court of Appeals, Fourth Circuit.

Submitted: March 14, 2017

Decided: March 17, 2017

William Chappell, Appellant Pro Se. Alexander Francuzenko, Philip Corliss Krone, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellees.

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Chappell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chappell v. Reese, No. 1:16-cv-00113-LMB-IDD (E.D. Va. Nov. 4, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED